**ATTENTION DEPUTY SHERIFF:** Please serve this document on **LAURA HENDRIX** who is presently located at **BAPTIST HOSPITAL DESOTO (ROOM 829).** You should TAKE AND LEAVE him/her at Batesville or Corinth Crisis Center, if available, otherwise to the **DESOTO COUNTY JAIL**. Then sign this copy and fill out the lower portion of this page and return this copy to the Chancery Court Clerk.

## IN THE CHANCERY COURT OF DESOTO COUNTY, MISSISSIPPI

In Re: **LAURA HENDRIX**, RESPONDENT                  Cause # 21-CV-1645

### WRIT TO TAKE CUSTODY

**To the Sheriff of DeSoto County:**

An Affidavit having been made alleging that one **LAURA HENDRIX**, now in your County, is in need of emergency treatment as an alcoholic or drug addict, you are hereby ordered to immediately take said Respondent into your custody and to detain him/her at Batesville or Corinth Crisis Center, if available, otherwise to the **DESOTO COUNTY JAIL** until (s)he can be brought before the Court for a determination as to whether or not (s)he should be committed immediately to the Mississippi State Hospital as an alcoholic or drug addict. You shall report hereon your compliance herewith and file same with the Clerk of this Court.

Given under my hand and official seal, this the 25th day of August, 2021, at 12:52 P.M.

_____H. R. Garner_____
SPECIAL MASTER

Custody Taken: Aug. 25, 2021, at 14:00 (AM/**PM**)
Delivered to: DeSoto County Jail
At 1430 (AM/**PM**) Aug 25, 2021.

Persons present at time and place of taking custody (preferably relatives)

| NAME | ADDRESS |
|------|---------|
|      |         |
|      |         |

FILED JR2
AUG 26 2021
MISTY HEFFNER, CLERK

DOB: [redacted]
SSN: UNKNOWN
RACE: WHITE
SEX: FEMALE

Bill Rasco
(Sheriff)
By: _____ 0947

T:\FORMS\COMMITS\FILES\2021 Commitments\COUNTY\Hendrix, Laura\writ.wpd

Exhibit A

**Region IV**
**Mental Health Services**

Charlie Spearman, Sr.
Executive Director

**Administrative Services**
303 North Madison Street
P. O. Box 839
Corinth, MS 38835-0839
(662) 286-9883
Fax (662) 284-9636

**DeSoto County**
Adult Services
2705 Highway 51 S.
P.O. Box 427
Hernando, MS 38632
(662) 449-1971
FAX (662) 449-1974

DATE: 8-25-21

TO: Chancery Court
Fax: (662) 429-8308

FROM: Catherine Dow
Region IV Mental Health Services

RE: Laura Hendrix (Cause # 21-W-1645

A WRIT is needed on Laura due to: her reported alcohol use, which makes her a danger self and others

He/She should be taken to Desoto County Jail to be held during the commitment process.

Sincerely,
Cat Dow CMHT
Region IV Mental Health Services

FILED
AUG 25 2021
MISTY HEFFNER CLERK

Exhibit A

IN THE CHANCERY COURT OF DESOTO COUNTY, MISSISSIPPI
THIRD JUDICIAL DISTRICT

IN RE: LAURA HENDRIX                    CAUSE NO. 21-CV-1645

## UNIFORM ALCOHOL & DRUG COMMITMENT AFFIDAVIT UNDER MCA §41-32-3

COMES NOW Phyllis Buchanan, relative and/or interested person, residing at ▮▮▮ telephone number ▮▮▮ duly sworn and deposed, says the following to be true and correct to the best of my knowledge and belief:

LAURA HENDRIX is a person, I allege to be an alcoholic or drug addict, is a resident of this State, and because of his/her alcoholism or drug addiction:

  __X__ Is incapable of or unfit to look after and conduct his/her affairs; OR

  __X__ Is dangerous to him/herself or others; OR

  __X__ Has lost the power of self-control because of periodic, constant or frequent use of alcoholic beverages or habit-forming drugs; AND

That he/she is in need of care and treatment and this his/her detention, care and treatment at an institution will improve his/her health. Their nearest relative, if known, Phyllis Buchanan, who resides at ▮▮▮ telephone number ▮▮▮.

Factual descriptions of recent behaviors, witnesses, and where and when it occurred, if known: RESPONDENT HAS A HISTORY OF DRUG/ALCOHOL ABUSE FOR THE PAST SEVERAL YEARS; RESPONDENT'S DRUG/ALCOHOL ABUSE CAUSES EXTREME MOOD SWINGS; RESPONDENT IS CURRENTLY AT BAPTIST DESOTO DUE TO MEDICAL ISSUES RELATING TO ACUTE ALCOHOL INTOXICATION (BLOOD ALCOHOL LEVEL 175); RESPONDENT PRESENTED AT THE ER - CONFUSED AND PARANOID; TELE-PSYCHIC DOCTORS RECOMMENDED INPATIENT TREATMENT; RESPONDENT IS PARANOID THAT PEOPLE ARE GETTING INTO HER PHONE AND SENDING MESSAGES AND MAKING CALLS; GETTING INTO HER BANK ACCOUNT AND TAKING HER MONEY; IN THE PAST HAS TALKED ABOUT DRONES FOLLOWING HER AROUND; RESPONDENT IS EASILY ANGERED AND EXTREMELY BELLIGERENT EVEN WHEN SHE ISN'T INTOXICATED; AFFIANT BELIEVES RESPONDENT IS DIAGNOSED WITH DEPRESSION AND HAS BEEN PRESCRIBED

FILED
AUG 2 5 2021
MISTY HEFFNER CLERK

Exhibit A

ANTI-DEPRESSANTS; AFFIANT BELIEVES THAT RESPONDENT DOES NOT TAKE HER ANTI-DEPRESSANT MEDICATION AS PRESCRIBED; RESPONDENT IS SELF-MEDICATING WITH DRUGS/ALCOHOL; RESPONDENT ISOLATES HERSELF FROM FAMILY AND FRIENDS; SLEEP DISTURBANCES - NOT SLEEPING REGULARLY; DECREASE IN PERSONAL HYGIENE; RESPONDENT IS UNEMPLOYED AND IS UNABLE TO KEEP A JOB; RESPONDENT CANNOT MANAGE HER LIFE - NOT PAYING BILLS; DOES NOT PROVIDE MONETARY SUPPORT FOR HER TWO MINOR CHILDREN; RESPONDENT BLAMES EVERYONE ELSE FOR HER PROBLEMS; AFFIANT HAS PROVIDED A HOME FOR RESPONDENT AND HER CHILDREN FOR THE PAST 15 YEARS; RESPONDENT HAS TWO MINOR CHILDREN WHICH SHE IS UNABLE TO PROPERLY CARE FOR DUE TO HER DRUG/ALCOHOL ABUSE AND OTHER MEDICAL/MENTAL HEALTH CONDITIONS; RESPONDENT'S TWO MINOR CHILDREN ARE CARED FOR BY THEIR GRANDFATHER; RESPONDENT IS DELUSIONAL AND HAS CALLED POLICE ON HER FATHER SEVERAL TIMES CLAIMING HE HAS PHYSICALLY ASSAULTED HER WHICH IS UNTRUE; AFFIANT BELIEVES RESPONDENT HAS RECEIVED OUTPATIENT SERVICES THROUGH REGION IV AND POSSIBLY INPATIENT SERVICES AT PARKWOOD; RESPONDENT HAS POOR INSIGHT AND JUDGEMENT CONCERNING HER DRUG/ALCOHOL ABUSE; RESPONDENT HAS LOST THE POWER AND SELF-CONTROL WITH REGARDS TO DRUGS/ALCOHOL; RESPONDENT IS CURRENTLY A POTENTIAL DANGER TO HERSELF AND OTHERS AND IS IN IMMEDIATE NEED OF INPATIENT TREATMENT.

SWORN TO AND SIGNED BY MY HAND this the 25th day of August, 2021.

_Phyllis Buchanan_
AFFIANT (relative and/or interested person)

SWORN TO AND SUBSCRIBED BEFORE ME this the 25th day of August, 2021.

_Lisa Denise Johnson_
NOTARY PUBLIC

[Notary seal: LISA DENISE JOHNSON, Commission Expires 03-23-2025, NOTARY PUBLIC, ID 24702, Desoto County, STATE OF MISSISSIPPI]

Exhibit A

# PATIENT INFORMATION

Patient Name: LAURA R. HENDRIX    Social Security Number: _____
(First  Middle  Maiden  Last)

Address: █████████████████████████

Home Phone: ███████    Work Phone: _____    DOB: ████    Sex: F

County of Residence: Desoto    County of Commitment: Desoto
(If different from County of Residence)

## PATIENT DEMOGRAPHICS & BACKGROUND INFORMATION

Race: 1. Asian  2. Black/African American  3. Indian/Native American  (4.) White/Caucasian  5. Other:_____

Religion: 1. Buddhist  2. Catholic  3. Hindu  4. Islamic  5. Jewish  (6.) Baptist  7. Methodist  8. Presbyterian  9. Christian Scientist  11. Jehovah's Witness  12. Unknown  13. None  14. Other:_____

Marital Status: 1. Divorced  2. Married  3. Separated  (4.) Single  5. Unknown  6. Widowed

Name of Spouse: _____    Number of Dependents: 2
(If applicable)

Household Composition: 1. Lives Alone  2. With Spouse  3. With Parents  4. With One Parent  5. With Children
(Circle all that apply)  6. With Siblings  7. With Relatives  8. With Legal Guardian  9. Other: Boyfriend till recently

Residential Arrangements: (1.) Private Residence  2. Other Independent Residence  3. Homeless  4. Institution
(Circle all that apply)  5. Community Program  6. Correctional Facility  7. Other:_____

Education: (Circle highest level completed) 1 2 3 4 5 6 7 8 9 10 11 (12) 13 14 15 16 17 18 Other:_____

Veteran: _____    Presently Employed?: No    Occupation: _____

Employer: _____    Length of Employment: _____

Name of Father: JACKIE HENDRIX    Name of Mother: PHYLLIS BUCHANAN
(Maiden Name)

Place of Birth: MEMPHIS  TN  SHELBY  USA    Language: ENG.
(City  County  State  Country)

## PATIENT'S CRIMINAL HISTORY

Legal Charges Pending: Yes ✓    No _____    Where? OLIVE BRANCH, DESOTO COUNTY

Describe: SIMPLE ASSAULT (misdemeanor)

Criminal History: NONE?

Exhibit A

## CORRESPONDENT INFORMATION

Correspondent Name: PHYLLIS BUCHANAN    Relationship to Patient: MOTHER

Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
City    State    Zip

Phone No: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓    Please state if Guardianship/Conservatorship: _____

## PROBLEM APPRAISAL
(Please check all that apply)

**PHYSICAL FUNCTION DISTURBANCES**
- ☐ SLEEP
- ☐ EATING
- ☐ ENURESIS/SOILING
- ☒ SEIZURES/CONVULSIONS
- ☒ EMOTIONAL
- ☐ SPEECH ARTICULATION
- ☐ OTHER PHYSICAL PROBLEMS

**INTELLECTUAL DEVELOPMENT**
- ☐ INADEQUATE

**SOCIAL RELATIONS DISTURBANCES**
- ☐ WITH CHILD
- ☐ WITH MATE/SPOUSE
- ☒ WITH OTHER FAMILY
- ☒ WITH OTHER PEOPLE

**SOCIAL PERFORMANCE DISTURBANCES**
- ☒ JOB
- ☐ SCHOOL
- ☐ HOUSEKEEPING
- ☐ BEHAVIORAL

**TYPE OF COMMITMENT**
- ☐ VOLUNTARY
- ☒ COURT ORDER

**HANDICAPPING CONDITION**
- ☐ BLIND or ☐ VISUAL IMPAIRMENT
- ☐ DEAF or ☐ HEARING IMPAIRMENT
- ☐ NO SPEECH or ☐ SPEECH IMPAIRMENT
- ☐ NONAMBULATORY
- ☐ OTHER PHYSICAL CONDITION
- ☐ LEARNING DISABILITY
- ☐ MENTAL RETARDATION
- ☐ OTHER MENTAL CONDITION

**OTHER SIGNS AND SYMPTOMS**
- ☐ SUICIDAL THREATS
- ☐ SUICIDAL THOUGHTS
- ☐ SUICIDAL GESTURES
- ☒ ANXIETY/FEARS/PHOBIAS
- ☐ STOP TAKING MEDICATIONS
- ☐ MANAGEMENT PROBS AT HOME
- ☐ OBSESSIONS/COMPULSIONS
- ☐ DEPRESSED MOOD/INFERIORITY
- ☐ SOMATIC CONCERNS
- ☐ SOCIAL WITHDRAWAL/ISOLATION
- ☐ DEPENDENCY/CLINGING
- ☐ GRANDIOSITY
- ☐ SUSPICION/PERSECUTION
- ☐ HALLUCINATIONS
- ☐ DELUSIONS
- ☒ ANGER/BELLIGERENCE
- ☐ NEGATIVISM
- ☐ ASSAULTIVE THREATS
- ☐ ASSAULTIVE ACTS
- ?☐ ALCOHOL ABUSE
- ☐ NARCOTIC/OTHER DRUG ABUSE
- ☐ SEXUAL PROBLEMS
- ☐ ANTISOCIAL ATTITUDES/ACTS
- ☒ AGITATION/HYPERACTIVITY
- ☐ DISORIENTATION/IMPAIRED MEMORY
- ☐ SPEECH DISORGANIZATION
- ☐ SLOWED UP/LACK OF EMOTION
- ☐ INAPPROPRIATE AFFECT/BEHAVIOR
- ☐ INAPPROPRIATE APPEARANCE
- ☐ DAILY ROUTINE/LEISURE TIME IMPAIRMENT
- ☐ PSYCHOMOTOR RETARDATION
- ☐ OTHER: _____

Observations made by: MOTHER, PHYLLIS BUCHANAN    Relationship to Patient: MOTHER

Substance Abuse: Drugs ?_____    Alcohol ?_____
(Please state types of drugs/alcohol abused if known)

Exhibit A

## PATIENT'S MEDICAL HISTORY

Current medications: __BP MEDS_____

Allergies: _____ Previous Surgery: __NECK TUMOR REMOVED__
                                                              __TUMOR REMOVED FROM BREAST__

Physical Impairment:  1. Deafness/Severe Hearing Loss   2. Blindness/Severe Vision Loss   3. Nonambulatory
(Please circle all that apply)  4. Ambulatory Only With Assist.Device   5. Unable to Communicate with Verbal Speech
                      6. Traumatic Brain Injury   7. Major Medical Condition:_____
                      8. Other Physical Condition:_____   9. Unknown   10. Not Applicable

Mental Impairment:   1. Learning Disability   2. Mental Retardation   3. Other Mental Condition: _____
(Please circle all that apply)

| Current Physical Conditions: | | Acute Medical Conditions: |
|---|---|---|
| Diabetes: | | |
| Hypertension: | | |
| Emphysema: | | |
| Venereal Disease: | | |
| Heart Condition: | | |
| Tuberculosis: | | |
| Convulsions/Seizures: | ✓ | |
| Cancer: | | |
| Contagious Disease: | HIV - | |
| Other Chronic Illness (Please State) | | |

Family Physician: _____
Address: _____

Patient's Prior Treatment (Please circle all that apply, & state name of facility and dates):

1. None
2. Unknown
3. MS State Hospital: _____
4. Other State Hospital: _____
5. Alcohol/Drug Treatment Center: _____
6. Community Mental Health Center: _____
7. Institution for Mentally Retarded: _____
8. Other Psychiatric Facility: _____
9. Other: _____

### PATIENT'S INSURANCE INFORMATION

Medicare Number: _____   Medicaid Number: _____
Third Party Insur.: _____   Name of Insured: _____
Name of Employer: _____   Group Number: _____
Contract Number: _____   If veteran, amount of compensation: _____

Exhibit A

## PATIENT INFORMATION, CONTINUED

List of any medications received by the patient, and time administered:

_____
_____
_____
_____

Any history of seizures, hypotension, hypoglycemia, or other conditions that increase the risk of falls:

__SEIZURES_____
_____
_____
_____

Any other medical or physical condition that might increase the risk of falls that is not included on the pre-admission information:

_____
_____
_____
_____

Exhibit A