# Region IV
## Mental Health Services

Charlie Spearman, Sr.
Executive Director

**Administrative Services**
303 North Madison Street
P. O. Box 839
Corinth, MS 38835-0839
(662) 286-9883
Fax (662) 284-9636

**DeSoto County**
Adult Services
2705 Highway 51 S.
P.O. Box 427
Hernando, MS 38632
(662) 449-1971
FAX (662) 449-1974

DATE: 8-25-21

TO:   Chancery Court
      Fax: (662) 429-8308

FROM: Catherine Dow
      Region IV Mental Health Services

RE: Laura Hendrix   (Cause # 21-W-1645

A WRIT is needed on Laura _____ due to: her repeated alcohol use, which makes her a danger self and others

He/She should be taken to DeSoto County Jail to be held during the commitment process.

Sincerely,

Cat Dow CMHT
Region IV Mental Health Services

FILED
AUG 25 2021
MISTY HEFFNER CLERK

EXHIBIT B

IN THE CHANCERY COURT OF DESOTO COUNTY, MISSISSIPPI
THIRD JUDICIAL DISTRICT

IN RE: LAURA HENDRIX          CAUSE NO. 21-CV-1645

## UNIFORM ALCOHOL & DRUG COMMITMENT AFFIDAVIT UNDER MCA §41-32-3

COMES NOW Phyllis Buchanan, relative and/or interested person, residing at ▮▮▮▮ ▮▮▮▮ telephone number ▮▮▮▮, duly sworn and deposed, says the following to be true and correct to the best of my knowledge and belief:

LAURA HENDRIX is a person, I allege to be an alcoholic or drug addict, is a resident of this State, and because of his/her alcoholism or drug addiction:

    _X_   Is incapable of or unfit to look after and conduct his/her affairs; OR

    _X_   Is dangerous to him/herself or others; OR

    _X_   Has lost the power of self-control because of periodic, constant or frequent use of alcoholic beverages or habit-forming drugs; AND

That he/she is in need of care and treatment and this his/her detention, care and treatment at an institution will improve his/her health. Their nearest relative, if known, Phyllis Buchanan, who resides at ▮▮▮▮ telephone number ▮▮▮▮

Factual descriptions of recent behaviors, witnesses, and where and when it occurred, if known: RESPONDENT HAS A HISTORY OF DRUG/ALCOHOL ABUSE FOR THE PAST SEVERAL YEARS; RESPONDENT'S DRUG/ALCOHOL ABUSE CAUSES EXTREME MOOD SWINGS; RESPONDENT IS CURRENTLY AT BAPTIST DESOTO DUE TO MEDICAL ISSUES RELATING TO ACUTE ALCOHOL INTOXICATION (BLOOD ALCOHOL LEVEL 175); RESPONDENT PRESENTED AT THE ER - CONFUSED AND PARANOID; TELE-PSYCHIC DOCTORS RECOMMENDED INPATIENT TREATMENT; RESPONDENT IS PARANOID THAT PEOPLE ARE GETTING INTO HER PHONE AND SENDING MESSAGES AND MAKING CALLS; GETTING INTO HER BANK ACCOUNT AND TAKING HER MONEY; IN THE PAST HAS TALKED ABOUT DRONES FOLLOWING HER AROUND; RESPONDENT IS EASILY ANGERED AND EXTREMELY BELLIGERENT EVEN WHEN SHE ISN'T INTOXICATED; AFFIANT BELIEVES RESPONDENT IS DIAGNOSED WITH DEPRESSION AND HAS BEEN PRESCRIBED

EXHIBIT B

FILED
AUG 2 5 2021
MISTY HEFFNER CLERK

ANTI-DEPRESSANTS; AFFIANT BELIEVES THAT RESPONDENT DOES NOT TAKE HER ANTI-DEPRESSANT MEDICATION AS PRESCRIBED; RESPONDENT IS SELF-MEDICATING WITH DRUGS/ALCOHOL; RESPONDENT ISOLATES HERSELF FROM FAMILY AND FRIENDS; SLEEP DISTURBANCES - NOT SLEEPING REGULARLY; DECREASE IN PERSONAL HYGIENE; RESPONDENT IS UNEMPLOYED AND IS UNABLE TO KEEP A JOB; RESPONDENT CANNOT MANAGE HER LIFE - NOT PAYING BILLS; DOES NOT PROVIDE MONETARY SUPPORT FOR HER TWO MINOR CHILDREN; RESPONDENT BLAMES EVERYONE ELSE FOR HER PROBLEMS; AFFIANT HAS PROVIDED A HOME FOR RESPONDENT AND HER CHILDREN FOR THE PAST 15 YEARS; RESPONDENT HAS TWO MINOR CHILDREN WHICH SHE IS UNABLE TO PROPERLY CARE FOR DUE TO HER DRUG/ALCOHOL ABUSE AND OTHER MEDICAL/MENTAL HEALTH CONDITIONS; RESPONDENT'S TWO MINOR CHILDREN ARE CARED FOR BY THEIR GRANDFATHER; RESPONDENT IS DELUSIONAL AND HAS CALLED POLICE ON HER FATHER SEVERAL TIMES CLAIMING HE HAS PHYSICALLY ASSAULTED HER WHICH IS UNTRUE; AFFIANT BELIEVES RESPONDENT HAS RECEIVED OUTPATIENT SERVICES THROUGH REGION IV AND POSSIBLY INPATIENT SERVICES AT PARKWOOD; RESPONDENT HAS POOR INSIGHT AND JUDGEMENT CONCERNING HER DRUG/ALCOHOL ABUSE; RESPONDENT HAS LOST THE POWER AND SELF-CONTROL WITH REGARDS TO DRUGS/ALCOHOL; RESPONDENT IS CURRENTLY A POTENTIAL DANGER TO HERSELF AND OTHERS AND IS IN IMMEDIATE NEED OF INPATIENT TREATMENT.

SWORN TO AND SIGNED BY MY HAND this the 25th day of August, 2021.

_Phyllis Buchanan_
AFFIANT (relative and/or interested person)

SWORN TO AND SUBSCRIBED BEFORE ME this the 25th day of August, 2021.

_Lisa Denise Johnson_
NOTARY PUBLIC

[Notary seal: LISA DENISE JOHNSON, Commission Expires 03-23-2025, NOTARY PUBLIC, ID 24702, Desoto County, STATE OF MISSISSIPPI]

EXHIBIT B

# PATIENT INFORMATION

Patient Name: LAURA R. HENDRIX   Social Security Number: ____
(First  Middle  Maiden  Last)

Address: [REDACTED]

Home Phone: [REDACTED]   Work Phone: ____   DOB: [REDACTED]   Sex: F

County of Residence: Desoto   County of Commitment: Desoto
(If different from County of Residence)

## PATIENT DEMOGRAPHICS & BACKGROUND INFORMATION

Race: 1. Asian   2. Black/African American   3. Indian/Native American   (4.) White/Caucasian   5. Other: ____

Religion: 1. Buddhist   2. Catholic   3. Hindu   4. Islamic   5. Jewish   (6.) Baptist   7. Methodist   8. Presbyterian   9. Christian Scientist   11. Jehovah's Witness   12. Unknown   13. None   14. Other: ____

Marital Status: 1. Divorced   2. Married   3. Separated   (4.) Single   5. Unknown   6. Widowed

Name of Spouse: ____   Number of Dependents: 2
(If applicable)

Household Composition: 1. Lives Alone   2. With Spouse   3. With Parents   4. With One Parent   5. With Children
(Circle all that apply)   6. With Siblings   7. With Relatives   8. With Legal Guardian   9. Other: Boyfriend till recently

Residential Arrangements: (1.) Private Residence   2. Other Independent Residence   3. Homeless   4. Institution
(Circle all that apply)   5. Community Program   6. Correctional Facility   7. Other: ____

Education: (Circle highest level completed) 1 2 3 4 5 6 7 8 9 10 11 (12) 13 14 15 16 17 18 Other: ____

Veteran: ____   Presently Employed?: No   Occupation: ____

Employer: ____   Length of Employment: ____

Name of Father: JACKIE HENDRIX   Name of Mother: PHYLLIS BUCHANAN
(Maiden Name)

Place of Birth: MEMPHIS TN SHELBY USA   Language: ENG.
(City  County  State  Country)

## PATIENT'S CRIMINAL HISTORY

Legal Charges Pending: Yes ✓   No ____   Where? OLIVE BRANCH, DESOTO COUNTY
Describe: SIMPLE ASSAULT (misdemeanor)

Criminal History: NONE?

EXHIBIT B

## CORRESPONDENT INFORMATION

Correspondent Name: PHYLLIS BUCHANAN    Relationship to Patient: MOTHER

Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                                    City            State            Zip

Phone No: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Please state if Guardianship/Conservatorship: _____

## PROBLEM APPRAISAL
(Please check all that apply)

PHYSICAL FUNCTION DISTURBANCES
- ☐ SLEEP
- ☐ EATING
- ☐ ENURESIS/SOILING
- ☒ SEIZURES/CONVULSIONS
- ☒ EMOTIONAL
- ☐ SPEECH ARTICULATION
- ☐ OTHER PHYSICAL PROBLEMS

INTELLECTUAL DEVELOPMENT
- ☐ INADEQUATE

SOCIAL RELATIONS DISTURBANCES
- ☐ WITH CHILD
- ☐ WITH MATE/SPOUSE
- ☒ WITH OTHER FAMILY
- ☒ WITH OTHER PEOPLE

SOCIAL PERFORMANCE DISTURBANCES
- ☒ JOB
- ☐ SCHOOL
- ☐ HOUSEKEEPING
- ☐ BEHAVIORAL

TYPE OF COMMITMENT
- ☐ VOLUNTARY
- ☒ COURT ORDER

HANDICAPPING CONDITION
- ☐ BLIND or ☐ VISUAL IMPAIRMENT
- ☐ DEAF or ☐ HEARING IMPAIRMENT
- ☐ NO SPEECH or ☐ SPEECH IMPAIRMENT
- ☐ NONAMBULATORY
- ☐ OTHER PHYSICAL CONDITION
- ☐ LEARNING DISABILITY
- ☐ MENTAL RETARDATION
- ☐ OTHER MENTAL CONDITION

OTHER SIGNS AND SYMPTOMS
- ☐ SUICIDAL THREATS
- ☐ SUICIDAL THOUGHTS
- ☐ SUICIDAL GESTURES
- ☒ ANXIETY/FEARS/PHOBIAS
- ☐ STOP TAKING MEDICATIONS
- ☐ MANAGEMENT PROBS AT HOME
- ☐ OBSESSIONS/COMPULSIONS
- ☐ DEPRESSED MOOD/INFERIORITY
- ☐ SOMATIC CONCERNS
- ☐ SOCIAL WITHDRAWAL/ISOLATION
- ☐ DEPENDENCY/CLINGING
- ☐ GRANDIOSITY
- ☐ SUSPICION/PERSECUTION
- ☐ HALLUCINATIONS
- ☐ DELUSIONS
- ☒ ANGER/BELLIGERENCE
- ☐ NEGATIVISM
- ☐ ASSAULTIVE THREATS
- ☐ ASSAULTIVE ACTS
- ?☐ ALCOHOL ABUSE
- ☐ NARCOTIC/OTHER DRUG ABUSE
- ☐ SEXUAL PROBLEMS
- ☐ ANTISOCIAL ATTITUDES/ACTS
- ☒ AGITATION/HYPERACTIVITY
- ☐ DISORIENTATION/IMPAIRED MEMORY
- ☐ SPEECH DISORGANIZATION
- ☐ SLOWED UP/LACK OF EMOTION
- ☐ INAPPROPRIATE AFFECT/BEHAVIOR
- ☐ INAPPROPRIATE APPEARANCE
- ☐ DAILY ROUTINE/LEISURE TIME IMPAIRMENT
- ☐ PSYCHOMOTOR RETARDATION
- ☐ OTHER: _____

Observations made by: MOTHER, PHYLLIS BUCHANAN    Relationship to Patient: MOTHER

Substance Abuse: Drugs ?_____    Alcohol ?_____
(Please state types of drugs/alcohol abused if known)

EXHIBIT B

## PATIENT'S MEDICAL HISTORY

Current medications: __BP MEDS__

Allergies: _____     Previous Surgery: __NECK TUMOR REMOVED__
                                                       __TUMOR REMOVED FROM BREAST__

Physical Impairment:   1. Deafness/Severe Hearing Loss   2. Blindness/Severe Vision Loss   3. Nonambulatory
(Please circle all that apply)   4. Ambulatory Only With Assist.Device   5. Unable to Communicate with Verbal Speech
                      6. Traumatic Brain Injury   7. Major Medical Condition:_____
                      8. Other Physical Condition:_____   9. Unknown   10. Not Applicable

Mental Impairment:   1. Learning Disability   2. Mental Retardation   3. Other Mental Condition: _____
(Please circle all that apply)

| Current Physical Conditions: | | Acute Medical Conditions: |
|---|---|---|
| Diabetes: | _____ | _____ |
| Hypertension: | _____ | _____ |
| Emphysema: | _____ | _____ |
| Venereal Disease: | _____ | _____ |
| Heart Condition: | _____ | _____ |
| Tuberculosis: | _____ | _____ |
| Convulsions/Seizures: | ✓ | _____ |
| Cancer: | _____ | _____ |
| Contagious Disease: | HIV - | _____ |
| Other Chronic Illness (Please State) | _____ | _____ |

Family Physician: _____
Address: _____

Patient's Prior Treatment (Please circle all that apply, & state name of facility and dates):

1. None
2. Unknown
3. MS State Hospital: _____
4. Other State Hospital: _____
5. Alcohol/Drug Treatment Center: _____
6. Community Mental Health Center: _____
7. Institution for Mentally Retarded: _____
8. Other Psychiatric Facility: _____
9. Other: _____

### PATIENT'S INSURANCE INFORMATION

Medicare Number: _____    Medicaid Number: _____
Third Party Insur.: _____    Name of Insured: _____
Name of Employer: _____    Group Number: _____
Contract Number: _____    If veteran, amount of compensation: _____

EXHIBIT B

## PATIENT INFORMATION, CONTINUED

List of any medications received by the patient, and time administered:

_____
_____
_____
_____
_____

Any history of seizures, hypotension, hypoglycemia, or other conditions that increase the risk of falls:

__SEIZURES_____
_____
_____
_____

Any other medical or physical condition that might increase the risk of falls that is not included on the pre-admission information:

_____
_____
_____
_____

EXHIBIT B