| | | |
|---|---|---|
| **Encounter** | | **08-25-2021 09:15 PM** |
| **HENDRIX, LAURA** | **Unique ID# 136281** | **Gender: Female**   **DOB 10-16-1979** |

| | |
|---|---|
| **Dictation:** | NURSE PROTOCOL - GENERAL PROGRESS NOTE<br><br>Name:                     LAURA HENDRIX<br>ID#:<br>Date:                     08-25-2021 Wed<br><br>ALLERGIES:<br>    No Known Drug Allergies<br><br><br>CHARGBAPBAPS:<br>    No Charge - Nurse Visit<br>CODE 3 MEDICAL WAS CALLED TO A20. SHE WAS LYING IN SUPINE POSITION. SHE WAS UNRESPONSIVE. CPR WAS BEING PERFORMED BY OFFICERS AND K. DUNGAN RN. NARCAN 4MG  WAS ADMINSTERED AT 2037 AND ANOTHER DOSE WAS ADMINSTERED AT 2040. LOVE FIRE DEPT ARRIVED AT APPX 2040. DR THOMPSON WAS NOTIFIED. CPR CONTINUED TO BE PREFORMED UNTIL EMS ARRIVED. PT WAS TRANSFERRED TO BAPTIST DESOTO.   08-25-2021 Wed 19:30:45 PM by AGOODWIN<br>ELECTRONIC SIGNATURE:<br><br>Electronic Signature:<br>Electronically signed by Amanda Goodwin, LPN on 08-25-2021 09:23:04 PM (Type: Nurse) |
| **Vitals:** | |
| **Condition Related To:** | |
| **Dates:** | Current Illness Date:<br>1st Date Of Illness:<br>Unable To Work Dates:<br>Hospitalization Dates: |
| **Diagnosis:** | |
| **Procedures:** | |
| **Providers:** | Attending Provider: Goodwin, Amanda, LPN, ID: |
| **Facility:** | Desoto County Adult Detention |
| **Encounter Type:** | General Progress Note |
| **Sign Off # 1** | |
| | Electronic Signature: Electronically signed by Amanda Goodwin, LPN on 08-25-2021 09:23:04 PM (Type: Nurse) |

| | | |
|---|---|---|
| **Encounter** | | **08-25-2021 05:53 PM** |
| **HENDRIX,** | **Unique ID#** | **Gender:**   **DOB 10-16-** |

Ex. 6
4/15/2024

| **LAURA** | **136281** | **Female** | **1979** |

| Dictation: | |
|---|---|

```
INTAKE RECEIVING AND SCREENING

Name:              LAURA HENDRIX
ID#:               136281
Additional ID#:    BookingID, 2010181194 ; JailID, 2010180514
DOB:               10-16-1979
Gender:            Female
Race:              White
Classification:    Active, Inmate, Patient
Date/Time:         08-25-2021 Wed / 17:54


Able To Complete Intake:
    Yes

VITAL SIGNS:
    Blood Pressure          135/83 mmHg
    Temperature             98.1 °F / 36.72 °C
    Pulse                   72 /minute
    Respiration             18 /minute
    Pulse Oxygen            100%
ALLERGIES:
    No Known Drug Allergies
Physical Limitations:
    No
Physical Aids:
    No
Responsiveness:
    Alert
Orientation:
    Yes
PRE-ADMISSION MEDICATION:
    Yes - She has them with her
PATIENT STATES THAT SHE HAS SOME OF THE MEDICATIONS IN HER PURSE
AND THE OTHER MEDICATIONS SHE HAS FILLED AT MIKES PHARMACY AND
CVS ON GOODMAN
FEMALE:
    LMP -

    Is patient pregnant?
        No
    Have you delivered or aborted within the last 12 weeks?
        No
    Was a pregnancy test performed?
        No
CHRONIC ILLNESSES:
Do you have any chronic illnesses?
    Yes
CHRONIC ILLNESS:
    Heart Disease/Issue
            Hypertension
                    Medication
    ANXIETY
DEPRESSION
PSYCH CARE
```

Ex. 6

Special Diet:
    Are you following a special diet prescribed by medical
provider?
            No

COMMUNICABLE DISEASE
Other Communicable Disease/STI:
    Do you have other communicable diseases or STI?
            No
Prior Positive PPD:
Have you ever had a prior positive PPD?
            No
General Appearance:
    Appears hydrated
    No acute distress
Skin:
    Within Normal Limits
Oral Cavity:
    Within normal limits


SUICIDE PREVENTION SCREENING
Officer Observation:
1.  Does the arresting, transporting or security officer believe
that the patient is a suicide risk?
            No
DISPOSITION:
    Patient instructed to follow up with Mental Health as needed.
PATIENT STATES THAT SHE WAS RECENTLY IN PARKWOOD OUTPATIENT

DISPOSITION
Access to Care:
    Reviewed -
            Yes
Grievance Process:
    Reviewed -
            Yes
Placement:
    General Population
Task Initiation:
            Order Type - Blood Pressure
            Instructions -
                Take and record patient's blood pressure.
            Duration - 365 day(s)
            Pattern: Q AM
NOTIFICATIONS:
    No nofitication(s) necessary
ELECTRONIC SIGNATURE:

Electronic Signature:
Electronically signed by Holly McCammon on 08-25-2021 05:59:54 PM
(Type: Nurse)

| Vitals: | Blood Pressure: 135/83 |
|---|---|
| | Temperature: 98.1 |
| | Pulse: 72 |
| | Pulse Oxygen: 100 |
| | Respirations: 18 |