**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

PHYLLIS BUCHANAN                                                                                           PLAINTIFF
*as Personal Representative of the*
*Wrongful Death Beneficiaries of Laura Hendrix, Deceased*

V.                                                  CAUSE NUMBER: 3:23-CV-11 MPM-RP

DESOTO COUNTY, MISSISSIPPI                                           DEFENDANT

**ORDER DISMISSING ACTION
<u>BY REASON OF SETTLEMENT</u>**

The court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the court.

It is ORDERED that the action is DISMISSED without prejudice. The court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

This the 31st day of October 2024.

                                                                     /s/ MICHAEL P. MILLS
                                                                     UNITED STATES DISTRICT JUDGE
                                                                     NORTHERN DISTRICT OF MISSISSIPPI