# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**PHYLLIS BUCHANAN,**
**AS PERSONAL REPRESENTATIVE**
**OF THE WRONGFUL DEATH BENEFICIARIES**
**OF LAURA HENDRIX, DECEASED**            **PLAINTIFF**

**VERSUS**            **CIVIL ACTION NO.: 3:23cv011-MPM-RP**

**DESOTO COUNTY, MISSISSIPPI**            **DEFENDANT**

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant, by and through their respective counsel of record, and hereby agree and stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action shall be, and the same is hereby dismissed *with prejudice*, with each of the parties to bear their own costs.

Submitted on this, the 5th day of May 2025.

/s/ *Brandon Flechas*
Brandon Flechas (Bar No. 102283)
brandon@stroudlawyers.com
STROUD, FLECHAS & DALTON
5779 Getwell Rd., Bldg. C-1
Southaven, MS 38672
662-536-5656 (telephone)
***Attorneys for Plaintiff***

/s/ *Jeff Allen*
R. Jeff Allen (Bar No. 10593)
rjallen@huntross.com
HUNT ROSS & ALLEN
P.O. Box 1196
Clarksdale, MS 38614
662-627-5251 (telephone)
***Attorney for Defendant***